IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID LEE WOMACK, | ) |
|     Plaintiff, | ) |
| | ) Civil No. 3:08-0190 |
| v. | ) Judge Trauger |
| MOBILE VAN LINES, INC., | ) |
|     Defendant. | ) |

### O R D E R

On February 26, 2008, the defendant filed a Motion to Dismiss. (Docket No. 4) The certificate of service shows delivery of the motion upon the *pro se* plaintiff. No timely response has been filed. It is therefore **ORDERED** that the Motion to Dismiss is **GRANTED**, and this case is **DISMISSED**.

It is so **ORDERED**.

ENTER this 20th day of March 2008.

_____
ALETA A. TRAUGER
U.S. District Judge